**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DE JESUS DURAN MORENO, | ) Case No.: 2:26-cv-02249 JLT HBK (HC) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) |
| U.S. ATTORNEY GENERAL; ICE/ERO, | ) (Docs. 1, 11) |
| Respondents. | ) |

Jose de Jesus Duran Moreno is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the California City Detention Facility in California City, California, proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1, "Petition."). On June 11, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus. (Doc. 11.) On June 16, 2026, Respondents timely filed "objections" consisting of a single sentence that they object to the findings and recommendations for the reasons set forth in their prior briefing. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.    The findings and recommendations issued on June 11, 2026 (Doc. 11) are

**ADOPTED** in full.

2.      The petition for writ of habeas corpus (Doc. 1) is **GRANTED.**

3.      Respondents are directed to **IMMEDIATELY RELEASE** Petitioner from DHS custody on the same conditions as his prior release from custody.

4.      Once released, Respondents are **ENJOINED** from rearresting or re-detaining Petitioners absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice of at least seven days before a pre-deprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that they are likely to flee or pose a danger to society if not arrested.[1]

5.      The Clerk of Court is directed to serve the California City Detention Facility in California City, California with a copy of this Order.

6.      The Clerk of Court is directed to terminate all pending deadlines/motions and close this case.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here **SHALL** be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondents **SHALL** provide a bond hearing in the timeframe required by law.

2